**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1) TERESA VANBEBBER,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-21-1083-R** |
| | ) | |
| **(1) FARMERS INSURANCE COMPANY, INC.,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**JOINT MOTION TO ENTER PROTECTIVE ORDER**

**COME NOW** Farmers Insurance Company, Inc. and Teresa Vanbebber, the Parties herein, and move the Court under Fed. R. Civ. P. 26(c) to enter a protective order, in the form provided to the Court via electronic transmission, to allow for the confidential treatment of materials or information to be requested or produced in discovery in this matter. In further support of this Motion, the Parties show the Court as follows:

1. Plaintiff has requested the production of documents from Defendant containing private, sensitive, or otherwise protected information. Specifically, the requested documents consist of proprietary documents concerning Defendant's underwriting, certain personnel related records, and internal policies, procedures, and claims-handling guidelines.

2. Defendant seeks to protect the disclosure of this private, sensitive, or otherwise protected information to non-parties.

3. As a result, the Parties seek the entry of a Protective Order to allow for the confidential treatment of such materials.

4. A proposed Protective Order will be submitted electronically to the Court for its review and approval.

5. The proposed Protective Order includes the applicable Federal Rules of Civil Procedure and Local Civil Rules. and does not attempt to control the use of confidential documents at the trial of the case (*see, e.g.*, ¶ 5).

6. The Parties do not object to the entry of the proposed Protective Order.

WHEREFORE, Plaintiff Teresa Vanbebber and Defendant Farmers Insurance Company, Inc. respectfully ask this Court to enter a protective order for use in this case.

Respectfully submitted,

*s/Joy Tate*

Kelsie M. Sullivan, OBA #20350
Joy Tate, OBA #31727
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main St.
Tulsa, Oklahoma 74103
Telephone: 918/585.2394
Facsimile: 918/585.1449
Email: ksullivan@richardsconnor.com
jtate@richardsconnor.com

**ATTORNEYS FOR DEFENDANT FARMERS INSURANCE COMPANY, INC.**

*s/Ben Baker*
*(Signed by filing attorney with permission of attorney for Plaintiff)*
Ben D. Baker, OBA No. 21475
ben@reddirtlegal.com
Red Dirt Legal, PLLC
201 North Broadway Street, Ste. 111
Moore, Oklahoma 73160
Telephone: (405) 527-8001
Facsimile: (405) 527-1539

and

Laurie Koller, OBA #16857
laurie@reddirtlegal.com
Ashley Leavitt, OBA #32818
ashley@reddirtlegal.com
Red Dirt Legal, PLLC
2504 E. 21st St., Ste B
Tulsa, OK 74114
Telephone: (918) 771-2968

**ATTORNEYS FOR PLAINTIFF**